UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| COREY DeANGELIS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:25-CV-004-CHB-HAI |
| ) | |
| v. ) | |
| ) | **ORDER** |
| PULASKI COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel for the parties that a settlement has been reached, [R. 21], **IT IS HEREBY ORDERED** as follows:

1. All pending motions, as well as any pending status reports ordered filed by the parties, are deemed **MOOT.**

2. The parties **SHALL** tender a Notice of Dismissal by **Wednesday, July 23, 2025**.

This the 2nd day of July, 2025.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY